IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-cv-01127-BO-BM

| | |
|---|---|
| JAMES OXENDINE,<br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., *d/b/a* AMAZON FLEX,<br>    Defendant. | O R D E R |

This matter comes before the Court on Defendant's motion to compel arbitration. [DE 7].

Plaintiff Oxendine was employed by Amazon Flex as a delivery driver. [DE 1 at 3]. He alleges that he was passed over for a promotion as a result of being deaf and a Native American in violation of Title VII and the Americans with Disabilities Act. [*Id.* at 6]. Amazon has not responded to the complaint, and instead has filed a motion to compel arbitration and stay deadlines in accordance with the terms of Oxendine's employment contract. *See Melikyan v. Amazon.com, Inc.*, 2023 WL 4505065, at *2 (C.D. Ca. 2023) (a binding arbitration agreement existed between Amazon and Amazon Flex drivers). Plaintiff Oxendine does not oppose arbitration. [DE 10].

Accordingly, the motion to compel arbitration [DE 7] is GRANTED. This case is hereby STAYED pending the conclusion of arbitration.

SO ORDERED, this __4__ day of June 2025.

                                                        TERRENCE W. BOYLE
                                                        UNITED STATES DISTRICT JUDGE